

# NUMBER 13-22-00124-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

## IN RE GREAT LAKES INSURANCE SE

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

On March 25, 2022, relator Great Lakes Insurance SE (Great Lakes) filed a petition for writ of mandamus asserting that the trial court abused its discretion by denying Great Lake's motion to dismiss the underlying lawsuit based on a contractual forum selection clause. The Court requests that the real parties in interest, Michael L. Hurst, Phillip R. Hurst, Jimmy L. Williams, Vivian E. Williams, and Wager & Associates, Inc., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of

this order. *See* Tex. R. App. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
28th day of March, 2022.